UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRITTANY WILLIAMS,

    Plaintiff,

v.                                    CASE NO. 8:21-cv-1425-WFJ-CPT

S AND S SERVICES,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiff's construed motion to proceed *in forma pauperis* (Dkt. 2) and the complaint against S and S Services (S&S). Dkt. 1. The magistrate judge issued a thorough and well-reasoned report recommending this removed action be remanded to the Sixth Judicial Circuit Court in and for Pinellas County, Florida. The time for filing objections has passed.

The Court reviews the legal conclusions *de novo* in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The magistrate judge appropriately recommends that this Court take judicial notice of the state court docket entries. Dkt. 6 at 2 n.1. The Court agrees and takes said judicial notice. The magistrate judge correctly found the Plaintiff removed her own case to federal court, contrary to federal statute. Dkt. 6 at 3–5. This Court

lacks jurisdiction. *Id*. For all the reasons explained in the Report and Recommendation, and in conjunction with an independent examination of the file, the Court rules as follows:

1. The Report and Recommendation (Dkt. 6) is confirmed, approved, and adopted in all respects and is hereby made a part of this Order.

2. This action is hereby remanded to the Sixth Judicial Circuit in and for Pinellas County, Florida.

3. The Clerk is directed to effect remand of this case and thereafter terminate pending motions and close the case.

**DONE AND ORDERED** at Tampa, Florida, on November 9, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Plaintiff, *pro se*